```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                         ELKINS
```

**TIMBERGAP GP, LLC, and**
**TCP BRIGHT, LLC,**

      **Plaintiffs,**

**v.**                                             **CIVIL ACTION NO. 2:21-cv-24**
                                                                      **(KLEEH)**

**LANDMARK FORESTRY LLC,**

      **Defendant.**

**ORDER ADOPTING STIPULATION OF DISMISSAL AND DISMISSING ACTION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a *Joint Stipulation of Dismissal Without Prejudice* in the above-referenced civil action on January 3, 2022, signed by all parties. [ECF No. 10]. Based on that stipulation and for reasons apparent to the Court, this matter is hereby **DISMISSED WITHOUT PREJUDICE** and is stricken from the docket of the Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** January 4, 2022

                                                    */s/ Thomas S. Kleeh*
                                                    THOMAS S. KLEEH
                                                    UNITED STATES DISTRICT JUDGE